**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ X
UNITED STATES OF AMERICA,　　　　　　:

　　　　　　　　　　　　　　　　　　:

　　　　-v.-　　　　　　　　　　　　:　　　S4 11 Cr. 755 (JFK)
　　　　　　　　　　　　　　　　　　:　　　**OPINION & ORDER**
OSCAR MINAYA　　　　　　　　　　　　:
JOSE ORTEGA　　　　　　　　　　　　:
HENRY MICHEL,　　　　　　　　　　　:
ANGELO MICHEL,　　　　　　　　　　　:
JOVANNY RODRIGUEZ,　　　　　　　　　:
JESUS HILARIO-BELLO,　　　　　　　:
KATIA GATON,　　　　　　　　　　　　:
RICHARD TREJO,　　　　　　　　　　　:
ROMALDO ESPINAL,　　　　　　　　　　:
ALEJANDRO BELLO,　　　　　　　　　　:
RICHARD PEREZ,　　　　　　　　　　　:
FELIZ ROBINSON,　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　:

　　　　　　　　Defendants.　　:
------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-13

Upon the application of Lisa Scolari, Esq. and other defense counsel to increase the number of challenges, and the Government not objecting, the Defense will have a total of twelve peremptory challenges and the Government will have seven peremptory challenges for the trial jury. These challenges are to be exercised jointly by the Defense. The number of alternates is set at four and each side will have two challenges to the alternate jurors, also to be exercised jointly by the Defense. Thus, the jury will consist of twelve regular jurors and four alternates. These procedures are in accordance with Federal Rule of Criminal Procedure 24.

**SO ORDERED.**

Dated:　　New York, New York
　　　　　August 14, 2013

　　　　　　　　　　　　　　　　　John F. Keenan
　　　　　　　　　　　　　　　United States District Judge